```
McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>IN RE MATTER OF SEIZURE,<br>WARRANT FOR CERTAIN FUNDS | 2:05-SW-00145 PAN<br><br><br><br><br><br>UNSEALING ORDER |

On June 14, 2005, the Court made an order sealing the affidavit and seizure warrant number 2:05-SW-00145 PAN. The United States now requests that the affidavit and warrant be unsealed.

IT IS SO ORDERED.


DATED: August 2, 2005              /s/ Peter A. Nowinski
                                   PETER A. NOWINSKI
                                   UNITED STATES MAGISTRATE JUDGE